Order affirmed, with costs, on the authority of *Hamlin v. Barrett & Co.* (246 N. Y. 554). First question certified answered in the negative; second not answered.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Claim of D. A. FRENCH, Respondent, against BOULEVARD ADVERTISING CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — sign painter injured from fall of scaffold — contention he was an independent contractor.*

*Matter of French* v. *Boulevard Adv. Corp.*, 221 App. Div. 831, affirmed. (Argued January 9, 1928; decided January 20, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 7, 1927, affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant, a sign painter, was injured through the falling of a scaffold on which he was working. Appellants contended that he was not an employee but an independent contractor.

*T. Carlyle Jones* and *Howard F. Barns* for appellant.

*Albert Ottinger*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.